VIOLET W. DAVIS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARTIN HELLWIG, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 579.

*Mr. Vincent P. Torppey* and *Mr. Thomas M. Kane* for the petitioner.

*Mr. Gerald A. Caruso* and *Mr. John J. Manley* for the respondents.

January 9, 1956.   Granted.

WILLIAM BURKE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. AUTO MART, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 451.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. John C. Stockel* for the respondent.

January 9, 1956.   Denied.